**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 00-60360**
_____

**EDDIE MARCO MORENO-ESTRADA,**

**Petitioner,**

**versus**

**JOHN ASHCROFT, U.S. Attorney General,**

**Respondent.**

--------------------

Petition for Review of an Order of the
Board of Immigration Appeals
(A93-076-687)
--------------------
April 5, 2001

Before DAVIS, JONES, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

IT IS ORDERED that Petitioner's motion to vacate the decision of the Board of Immigration Appeals is GRANTED;

IT IS FURTHER ORDERED that Respondent's motion to dismiss petition for review is DENIED;

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

IT IS FURTHER ORDERED that Petitioner's motion to remand petition to the Board of Immigration Appeals without limiting issues to be considered is GRANTED.